```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07248
   FELIX L ROBINSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0720


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/20/2006 and was confirmed 08/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/24/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED                .00          .00            .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF   SECURED             121.00          .00         121.00
WELLS FARGO BANK          CURRENT MORTG        .00            .00            .00
WELLS FARGO BANK          MORTGAGE ARRE        .00            .00            .00
AMERICAN GENERAL FINANCI  UNSECURED       NOT FILED           .00            .00
AMERICAN RECOVERY SYSTEM  UNSECURED       NOT FILED           .00            .00
CHARTER ONE               UNSECURED       NOT FILED           .00            .00
CHARTER ONE               UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
LOUIS A WEISS MEM HOSPIT  UNSECURED       NOT FILED           .00            .00
MALCOLM S GERALD          UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED           .00            .00
NORTH CENTRAL BANK        UNSECURED       NOT FILED           .00            .00
NORTH SHORE AGENCY        UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED           317.90          .00          31.79
PROCECE AMERICA INC       UNSECURED       NOT FILED           .00            .00
ROBERT MICHAELS & ASSOC   UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED           109.76          .00          10.98
WELLS FARGO               UNSECURED       NOT FILED           .00            .00
MONIQUE PORTER            NOTICE ONLY     NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,272.75                    2,404.00
TOM VAUGHN                TRUSTEE                                         146.23
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                2,714.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07248 FELIX L ROBINSON

```
PRIORITY                                                                  .00
SECURED                                                                121.00
UNSECURED                                                               42.77
ADMINISTRATIVE                                                       2,404.00
TRUSTEE COMPENSATION                                                   146.23
DEBTOR REFUND                                                             .00
                                       ---------------        ---------------
TOTALS                                        2,714.00               2,714.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/25/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE